NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEANINE FRAZIER,**
*Plaintiff-Cross-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellant*

---

2025-1068, 2025-1070

---

Appeals from the United States Court of Appeals for Veterans Claims in No. 22-4670, Chief Judge Margaret C. Bartley, Judge Grant Jaquith, and Judge Michael P. Allen.

---

**ON MOTION**

---

Before STARK, *Circuit Judge.*

**O R D E R**

Upon consideration of the Secretary of Veterans Affairs's unopposed motion for an extension of time, until April 15, 2025, to file his principal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 10, 2025
Date